# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

HARLAN RICHEY                                                                                   PLAINTIFF

v.                                    4:21-cv-00715-JM-JJV

LENARD HOGG,
Sheriff, Lincoln County                                                                         DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 4th day of October 2021.

_____
UNITED STATES DISTRICT JUDGE